*E-filed on*     4/14/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION | No. MDL-1423<br><br>C-03-03596 |
| THIS ORDER RELATES TO:<br><br>CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED WORLD TELECOM, L.C.,<br><br>       Defendant. | ORDER DENYING MOTION TO BIFURCATE<br><br>**[Re Docket Nos. 81, 82, 83]** |

Cygnus Telecommunications Technology, LLC's motion to bifurcate the issues of liability and damages in its action against defendant United World Telecom, L.C. is denied.

DATED:     4/14/06                                     /s/ Ronald M. Whyte
                                                                        RONALD M. WHYTE
                                                                        United States District Judge

ORDER DENYING MOTION TO BIFURCATE—No. MDL-1423 C-03-03596
JAH

1 **A copy of this order was mailed on _____ to:**

2 **Counsel for Plaintiff:**

3 John Paul Sutton
2421 Pierce Street
4 San Francisco, CA 94115-1131

5 Robert Charles Kain, Jr.
Fleit Kain Gibbons Gutman & Bongini
6 750 SE 3rd Avenue
Suite 100
7 Fort Lauderdale, FL 33316

8 **Counsel for Defendant:**

9 Alan M. Weisberg, Steven M. Greenberg
Christopher & Weisberg, P.A.
10 200 E. Las Olas Avenue
Suite 2040
11 Fort Lauderdale, FL 33301

12 John Christopher Carey, Richard C. Mockler
Stroock & Stroock & Lavan, LLP
13 200 South Biscayne Boulevard
Suite 3160
14 Miami, FL 33131-5323

15 **Courtesy Copy:**

16 Clerk of the Panel
Judicial Panel on Multidistrict Litigation
17 Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
18 Room G-255, North Lobby
Washington, D.C. 20002-8004
19

20 Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

21

22

23

24

25

26

27

28

ORDER DENYING MOTION TO BIFURCATE—No. MDL-1423 C-03-03596
JAH                                    2