*E-filed on*     9/8/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION<br><br>THIS ORDER RELATES TO:<br>All Actions | No. MDL-1423<br>This Order Applies to All Actions<br>    C-02-00142 RMW<br>    C-02-00145 RMW<br>    C-02-05437 RMW<br>    C-03-03594 RMW<br>    C-03-03596 RMW<br>    C-03-03378 RMW<br>    C-03-04003 RMW<br>    C-03-05758 RMW<br>    C-04-01791 RMW<br>    C-04-03001 RMW<br>    C-04-03365 RMW<br>    C-04-04247 RMW<br>    C-04-04359 RMW<br>    C-06-03843 RMW<br>    C-06-04295 RMW<br><br>ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION |

      Plaintiff Cygnus Telecommunications Technology, LLC moves for summary judgment that references considered in the recent reexamination of the patents-in-suit may not be relied upon by the defendants here when asserting invalidity of the patents-in-suit. It is unclear from the motion the precise basis on which Cygnus seeks to exclude the evidence. Proceedings before the U.S. Patent

and Trademark Office are not binding on the courts.[1] *See Quad Envtl. Techs. Corp. v. Union Sanitary Dist.*, 946 F.2d 870, 875-76 (Fed. Cir. 1991). If the basis of Cygnus's motion is evidentiary rules, its timing is governed by the prior orders scheduling claim construction and related summary judgment motions, and any such motion to exclude evidence will be considered at the November 20, 2006 hearing. Cygnus's motion is denied, though without prejudice to refiling as to any specific evidence which defendants seek to introduce at any evidentiary hearing.

DATED: 9/8/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] Cygnus clarified at oral argument that it was not seeking to exclude the evidence on the basis that the USPTO proceedings bound this court.

| | | |
|---|---|---|
| 1 | **A copy of this order was mailed on** _____ **to:** | |
| 2 | **Counsel for Plaintiff:** | Kieran Patrick Fallon<br>436 SW 8th Street |
| 3 | John P. Sutton<br>2421 Pierce Street | Miami, FL 33130-2814 |
| 4 | San Francisco, CA 94115-1131 | Matthew Francis McGahren<br>Baum & McGahren |
| 5 | **Counsel for Defendants:** | 6171 Crooked Creek Road<br>Norcross, GA 30092 |
| 6 | Alan M. Weisberg, Steven M. Greenberg<br>Christopher & Weisberg, P.A. | Lori D. Greendorfer, Maxim H. Waldbaum |
| 7 | 200 E. Las Olas Avenue<br>Suite 2040 | Schiff Hardin LLP<br>623 Fifth Avenue |
| 8 | Fort Lauderdale, FL 33301 | 28th Floor<br>New York, NY 10022 |
| 9 | John C. Carey<br>Rodriguez Greenberg & Paul | Thomas T. Tamlyn |
| 10 | 1395 Brickell Ave, Suite 700<br>Miami, FL 33131 | Yeskoo Hogan & Tamlyn, LLP<br>535 Fifth Avenue |
| 11 | | New York, NY 10017 |
| 12 | Felice B. Galant, Gregory B. Wood<br>Fulbright & Jaworski L.L.P. | Peter S. Canelias |
| 13 | 865 South Figueroa Street<br>Twenty-Ninth Floor | Law Offices of Peter S. Canelias<br>420 Lexington Avenue |
| 14 | Los Angeles, CA 90017 | Suite 2148<br>New York, NY 10170 |
| 15 | Joseph P. Zammit<br>Fulbright & Jaworski | David T. Alexander |
| 16 | 666 Fifth Avenue<br>New York, NY 10103 | MBV Law LLP<br>855 Front Street |
| 17 | John F. Mardula, Jon L. Roberts | San Francisco, CA 94111 |
| 18 | Roberts Mardula & Wertheim, LLC<br>11800 Sunrise Valley Drive | Jon M. Gibbs<br>Akerman, Senterfitt |
| 19 | Suite 1000<br>Reston, VA 20191-5302 | 255 S. Orange Avenue<br>Suite 1700 |
| 20 | Richard B. Sheldon | Post Office Box 0231<br>Orlando, FL 32802-0231 |
| 21 | Mitchell Silberberg & Knupp LLP<br>11377 West Olympic Boulevard | Elizabeth E. Green, R. Scott Shuker |
| 22 | Los Angeles, CA 90064-1683 | Gronek & Latham, LLP<br>390 N. Orange Avenue |
| 23 | Jeffrey L. Silvestrini, Brian F. Roberts<br>Cohne Rappaport & Segal | Suite 600<br>Orlando, FL 32801 |
| 24 | P.O. Box 11008<br>Salt Lake City, UT 84147-0008 | Meredith L. Caliman |
| 25 | Raymond J. Etcheverry | Meredith L. Caliman Law Offices<br>3858 Carson Street, Suite 120 |
| 26 | Parsons, Behle & Latimer<br>One Utah Center | Torrance, CA 90503-6705 |
| 27 | 201 South Main Street,<br>Suite 1800, Post Office Box 45898 | Gregory J. Nelson<br>Nelson & Roediger |
| 28 | Salt Lake City, UT 84145 | 3333 E Camelback Road, Suite 212<br>Phoenix, AZ 85018 |

ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION—MDL-1423
JAH                                                             3

| | |
|---|---|
| Peter Neil Greenfeld<br>Greenfeld Law Group<br>3333 E Camelback Road, Suite 212<br>Phoenix, AZ 85018-2324<br><br>Matthew McGahren<br>Baum, McGahren & Chiu, LLC<br>6171 Crooked Creek Road<br>Norcross, GA 30092 | **Courtesy Copy:**<br><br>Clerk of the Panel<br>Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, N.E.<br>Room G-255, North Lobby<br>Washington, DC  20002-8004 |

Counsel for plaintiff is responsible for ensuring that involved attorneys not on the above service list receive a copy of this order, if necessary, and shall inform the court of any omissions.