1   *E-filed on*      9/8/06

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

12   IN RE CYGNUS TELECOMMUNICATIONS          No. MDL-1423
     TECHNOLOGY, LLC, PATENT                  This Order Applies to All Actions
13   LITIGATION
     _____         C-02-00142 RMW
14                                                    C-02-00145 RMW
     THIS ORDER RELATES TO:                           C-02-05437 RMW
15   All Actions                                      C-03-03594 RMW
                                                      C-03-03596 RMW
16                                                    C-03-03378 RMW
                                                      C-03-04003 RMW
17                                                    C-04-03001 RMW
                                                      C-04-03365 RMW
18                                                    C-04-04247 RMW
                                                      C-04-04359 RMW
19                                                    C-06-03843 RMW
                                                      C-06-04295 RMW
20
                                                ORDER RE COST OF PRODUCING
21                                              DOCUMENTS IN CYGNUS'S POSSESSION
     _____
22

23          As noted in this court's July 14, 2006 order, Cygnus's counsel possesses approximately

24   twenty-five boxes of documents from past Cygnus infringement actions which defendants want

25   scanned and placed in the parties' discovery depository.  Cygnus objected that it should not have to

26   pay for producing these documents.  The court preliminarily approved defendants' suggestion that

27   they be allowed to have these documents scanned at their expense, with the possibility that they at

28   some point in the future be allowed to seek reimbursement of some of this cost from Cygnus.

1    Defendants' liaison counsel estimated that it would cost $17,000 to scan the contents of the

2    twenty-five boxes of documents subject to the limitations of the July 14, 2006 order. *See* Report of

3    Liaison Counsel (July 17, 2006).  At the August 18, 2006 hearing, the parties informed the court that

4    counsel for defendant AT&T Corporation, Gregory B. Wood, had assumed the responsibility for

5    sorting through these boxes and deciding what should be scanned.  The estimate seems reasonable

6    enough for the undertaking as limited by Mr. Wood's sorting.  Defendants may therefore scan these

7    documents at their own expense and move for reimbursement from Cygnus at some future date, if

8    appropriate.  The court tentatively finds that Cygnus should bear the expense of scanning those

9    documents that is required to disclose pursuant to Fed.R.Civ.P. 26(a)(1).

10    Also at the August 18, 2006 hearing, counsel for Cygnus reported that another defendant

11    wanted to independently examine the contents of the boxes for itself, although all participating in the

12    hearing agreed to abide by Mr. Wood's decision on what documents should be scanned.  No party

13    was identified as objecting to this procedure.  If any defendant other than AT&T wishes to examine

14    these boxes, it must obtain court approval before doing so.[1]

17    DATED:      9/8/06

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

---

[1]  If counsel for the defendants in the newest additions to MDL proceedings before this court (those in cases C-06-03843 RMW and C-06-04295 RMW) object on the basis that they have not agreed to have Mr. Wood examine the documents in these boxes for them, they may apply to the court for permission to review the documents themselves.

1  | **A copy of this order was mailed on _____ to:**

2  | **Counsel for Plaintiff:**

Kieran Patrick Fallon
436 SW 8th Street
3  | John P. Sutton                                    Miami, FL 33130-2814
2421 Pierce Street
4  | San Francisco, CA 94115-1131        Matthew Francis McGahren
Baum & McGahren
5  | **Counsel for Defendants:**            6171 Crooked Creek Road
Norcross, GA 30092
6  | Alan M. Weisberg, Steven M. Greenberg
Christopher & Weisberg, P.A.            Lori D. Greendorfer, Maxim H. Waldbaum
7  | 200 E. Las Olas Avenue                  Schiff Hardin LLP
Suite 2040                                       623 Fifth Avenue
8  | Fort Lauderdale, FL 33301             28th Floor
New York, NY 10022
9  | John C. Carey
Rodriguez Greenberg & Paul           Thomas T. Tamlyn
10 | 1395 Brickell Ave, Suite 700          Yeskoo Hogan & Tamlyn, LLP
Miami, FL 33131                              535 Fifth Avenue
11 |                                                       New York, NY 10017
Felice B. Galant, Gregory B. Wood
12 | Fulbright & Jaworski L.L.P.            Peter S. Canelias
865 South Figueroa Street               Law Offices of Peter S. Canelias
13 | Twenty-Ninth Floor                       420 Lexington Avenue
Los Angeles, CA 90017                    Suite 2148
14 |                                                       New York, NY 10170
Joseph P. Zammit
15 | Fulbright & Jaworski                     David T. Alexander
666 Fifth Avenue                            MBV Law LLP
16 | New York, NY 10103                    855 Front Street
San Francisco, CA 94111
17 | John F. Mardula, Jon L. Roberts
Roberts Mardula & Wertheim, LLC   Jon M. Gibbs
18 | 11800 Sunrise Valley Drive            Akerman, Senterfitt
Suite 1000                                       255 S. Orange Avenue
19 | Reston, VA 20191-5302                 Suite 1700
Post Office Box 0231
20 | Richard B. Sheldon                       Orlando, FL 32802-0231
Mitchell Silberberg & Knupp LLP
21 | 11377 West Olympic Boulevard      Elizabeth E. Green, R. Scott Shuker
Los Angeles, CA 90064-1683           Gronek & Latham, LLP
22 |                                                       390 N. Orange Avenue
Jeffrey L. Silvestrini, Brian F. Roberts   Suite 600
23 | Cohne Rappaport & Segal              Orlando, FL 32801
P.O. Box 11008
24 | Salt Lake City, UT 84147-0008       Meredith L. Caliman
Meredith L. Caliman Law Offices
25 | Raymond J. Etcheverry                 3858 Carson Street, Suite 120
Parsons, Behle & Latimer               Torrance, CA 90503-6705
26 | One Utah Center
201 South Main Street,                    Gregory J. Nelson
27 | Suite 1800, Post Office Box 45898  Nelson & Roediger
Salt Lake City, UT 84145                3333 E Camelback Road, Suite 212
28 |                                                       Phoenix, AZ 85018

ORDER RE COST OF PRODUCING DOCUMENTS IN CYGNUS'S POSSESSION—MDL-1423
JAH                                                       3

1    Peter Neil Greenfeld                   **Courtesy Copy:**
      Greenfeld Law Group
2    3333 E Camelback Road, Suite 212       Clerk of the Panel
      Phoenix, AZ 85018-2324               Judicial Panel on Multidistrict Litigation
3                                      Thurgood Marshall Federal Judiciary Building
      Matthew McGahren                  One Columbus Circle, N.E.
4    Baum, McGahren & Chiu, LLC         Room G-255, North Lobby
      6171 Crooked Creek Road             Washington, DC  20002-8004
5    Norcross, GA 30092

6

7    Counsel for plaintiff is responsible for ensuring that involved attorneys not on the above service list
      receive a copy of this order, if necessary, and shall inform the court of any omissions.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE COST OF PRODUCING DOCUMENTS IN CYGNUS'S POSSESSION—MDL-1423
JAH                                            4