*E-filed on*   11-17-06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION<br><br>THIS ORDER RELATES TO:<br>All Actions | No. MDL-1423<br>This Order Applies to All Actions<br><br>C-02-00142 RMW<br>C-02-00145 RMW<br>C-02-05437 RMW<br>C-03-03378 RMW<br>C-03-03594 RMW<br>C-03-03596 RMW<br>C-03-04003 RMW<br>C-04-03001 RMW<br>C-04-03365 RMW<br>C-04-04247 RMW<br>C-04-04359 RMW<br>C-06-03843 RMW<br>C-06-04295 RMW<br>C-06-06479 RMW<br><br>ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION |
|---|---|

Defendants assert that Cygnus does not own the patents-in-suit and move to dismiss these consolidated actions for lack of subject-matter jurisdiction. Although troubled by the inconsistencies in the evidence pertaining to the assignment of the patents to Cygnus, the court is satisfied that Cygnus has shown by a preponderance of the evidence that the assignment set forth in the September 1997 operating agreement is genuine. Cygnus's explanation that the representations

1  in Paragon's May 1998 petition to the Federal Circuit regarding the '984 application (case no. 98-
2  547) and Wyatt's April 1998 declaration filed with the PTO in connection with the '115 application
3  regarding Paragon's ownership of the applications occurred through inadvertence seems logical in
4  light of the facts that Cygnus paid the issuance fees for the patents and represented to the PTO that
5  an assignment had taken place, has acted as the owner of the patents since their issuance, and the
6  September 1997 assignment was between entities both controlled by Wyatt.  However, since
7  Cygnus's counsel admittedly failed to record the assignment, failed to produce evidence of an
8  assignment until October 2006, and filed two documents stating that Paragon was the owner of the
9  patents after the date of the assignment, the court would consider a motion for reasonable fees and
10 expenses incurred by defendants in pursuit of this motion.  The motion to dismiss is denied.

13 DATED:          11/17/06                    /s/ Ronald M. Whyte
                                              RONALD M. WHYTE
14                                            United States District Judge

ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                            2

| | | |
|---|---|---|
| 1 | **A copy of this order was mailed on** _____ **to:** | |
| 2 | **Counsel for Plaintiff:** | Kieran Patrick Fallon<br>436 SW 8th Street |
| 3 | John P. Sutton<br>2421 Pierce Street | Miami, FL 33130-2814 |
| 4 | San Francisco, CA 94115-1131 | Matthew Francis McGahren<br>Baum & McGahren |
| 5 | **Counsel for Defendants:** | 6171 Crooked Creek Road<br>Norcross, GA 30092 |
| 6 | Alan M. Weisberg, Steven M. Greenberg<br>Christopher & Weisberg, P.A. | Lori D. Greendorfer, Maxim H. Waldbaum |
| 7 | 200 E. Las Olas Avenue<br>Suite 2040 | Schiff Hardin LLP<br>623 Fifth Avenue |
| 8 | Fort Lauderdale, FL 33301 | 28th Floor<br>New York, NY 10022 |
| 9 | John C. Carey<br>Rodriguez Greenberg & Paul | Thomas T. Tamlyn |
| 10 | 1395 Brickell Ave, Suite 700<br>Miami, FL 33131 | Yeskoo Hogan & Tamlyn, LLP<br>535 Fifth Avenue |
| 11 | | New York, NY 10017 |
| 12 | Felice B. Galant, Gregory B. Wood<br>Fulbright & Jaworski L.L.P. | Peter S. Canelias |
| 13 | 865 South Figueroa Street<br>Twenty-Ninth Floor | Law Offices of Peter S. Canelias<br>420 Lexington Avenue |
| 14 | Los Angeles, CA 90017 | Suite 2148<br>New York, NY 10170 |
| 15 | Joseph P. Zammit<br>Fulbright & Jaworski | Elizabeth E. Green, R. Scott Shuker |
| 16 | 666 Fifth Avenue<br>New York, NY 10103 | Gronek & Latham, LLP<br>390 N. Orange Avenue |
| 17 | John F. Mardula, Jon L. Roberts | Suite 600<br>Orlando, FL 32801 |
| 18 | Roberts Mardula & Wertheim, LLC<br>11800 Sunrise Valley Drive | Gregory J. Nelson |
| 19 | Suite 1000<br>Reston, VA 20191-5302 | Nelson & Roediger<br>3333 E Camelback Road, Suite 212 |
| 20 | Richard B. Sheldon | Phoenix, AZ 85018 |
| 21 | Mitchell Silberberg & Knupp LLP<br>11377 West Olympic Boulevard | Peter Neil Greenfeld<br>Greenfeld Law Group |
| 22 | Los Angeles, CA 90064-1683 | 3333 E Camelback Road, Suite 212<br>Phoenix, AZ 85018-2324 |
| 23 | Jeffrey L. Silvestrini, Brian F. Roberts<br>Cohne Rappaport & Segal | Matthew McGahren |
| 24 | P.O. Box 11008<br>Salt Lake City, UT 84147-0008 | Baum, McGahren & Chiu, LLC<br>6171 Crooked Creek Road |
| 25 | Raymond J. Etcheverry | Norcross, GA 30092 |
| 26 | Parsons, Behle & Latimer<br>One Utah Center | |
| 27 | 201 South Main Street,<br>Suite 1800, Post Office Box 45898 | |
| 28 | Salt Lake City, UT 84145 | |

ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                         3

1 **Courtesy Copy:**

2 Clerk of the Panel
Judicial Panel on Multidistrict Litigation
3 Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
4 Room G-255, North Lobby
Washington, DC  20002-8004
5

6 Counsel is responsible for distributing copies of this order to co-counsel, as necessary.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28